RECEIVED
IN LAKE CHARLES, LA

JUL 13 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| ALUSINE DARAMEH | : | DOCKET NO. 2:06-cv-0243 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| U.S. DEPARTMENT OF HOMELAND SECURITY | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition be DENIED and DISMISSED as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13th day of ____July____, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE